

MEMO ENDORSED

**MITCHELL SILBERBERG & KNUPP LLP**
A Law Partnership Including Professional Corporations

Jeffrey M. Movit
(917) 546-7708
jmm@msk.com

July 30, 2020

**VIA ECF & EMAIL**
*ALCarterNYSDChambers@nysd.uscourts.gov*

Hon. Andrew L. Carter, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/6/20

Re:   *Post v. Armes*, Case No. 1:20-cv-02877-ALC (S.D.N.Y.)

Dear Judge Carter,

We are counsel for Plaintiff Austin R. Post p/k/a Post Malone in the above-referenced action.

We write, pursuant to Section 1.D of Your Honor's Individual Practices, to respectfully request an extension of the outstanding deadlines set forth in Your Honor's Order dated June 22, 2020 (Dkt. No. 14). In particular, Plaintiff requests (1) that the deadline for Plaintiff's opposition Defendant Tyler Armes' Motion to Dismiss be extended from August 17, 2020 to September 11, 2020; and (2) that the deadline for Defendant's reply, if any, correspondingly be extended from August 31, 2020 to September 30, 2020.

Defendant's counsel consents to this request. There have been no previous requests for an extension of these particular deadlines. Plaintiff previously requested to extend the deadline to respond to Defendant's May 4, 2020 letter, which the Court granted. *See* Dkt. Nos. 11, 13.

The requested extension, if granted, would not affect any other deadlines in this action.

We greatly appreciate You Honor's consideration of this matter.

Respectfully submitted,

/s/ Jeffrey M. Movit

Jeffrey M. Movit

cc:   Andrew B. Brettler, Esq. (via email)
      Allison S. Hart, Esq. (via email)
      Kelsey J. Leeker, Esq. (via email)
      Christine Lepera, Esq. (via email)
      David Steinberg, Esq. (via email)

SO ORDERED:

*[signature]*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

8/6/20