**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: October 23, 2020

AUSTIN R. POST,

                               Plaintiff,

                    -against-

TYLER ARMES,

                               Defendant.

20-cv-2877 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' letters. (ECF Nos. 28, 29). The parties shall file a

joint stipulation and proposed order of transfer to the Central District of California by October 28,

2020.

**SO ORDERED.**

**Dated**:    October 23, 2020
             New York, New York

_____
         **ANDREW L. CARTER, JR.**
         **United States District Judge**